## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **JESUS MESA,** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **Cause No. EP-24-CV-00451-LS** |
| | § | |
| | § | |
| **CHARISMA EDGE, Warden,**[1] | § | |
| **Respondent.** | § | |

## MEMORANDUM OPINION AND ORDER

Petitioner Jesus Mesa was confined at the La Tuna Federal Correctional Institution in Anthony, Texas, when he filed this petition for a writ of habeas corpus under 28 U.S.C. § 2241 seeking release from Bureau of Prisons custody.[2] As Mesa has already been released from BOP custody,[3] there is no longer any Article III case or controversy because this Court can no longer provide him the relief he seeks.[4] Accordingly, his petition is **DISMISSED**.[5]

> **SO ORDERED.**

> **SIGNED** this 28th day of June 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] Charisma Edge is the current Warden at FCI La Tuna.

[2] ECF No. 1.

[3] *See* Bureau of Prisons, Find an Inmate, www.bop.gov/inmateloc (search for Reg. No. 21027-104, last visited June 28, 2025) ("Not in BOP Custody.").

[4] *Bailey v. Southerland*, 821 F.2d 277, 278 (5th Cir. 1987) (dismissing a § 2241 case following BOP release where the "thrust of [the] petition is to be released from confinement.").

[5] *Id.* at 279.